In the Matter of the Accounting of MARY M. KNEESKERN, as Administratrix of the Estate of MAGGIE K. SMITH, Deceased.

OLLIE KNEESKERN, as Executrix of MARY M. KNEESKERN, Deceased, etc., Appellant; FRED S. LATHERS et al., as Administrators with the Will Annexed of the Estate of JONAS S. SMITH, Deceased, Respondent.

Submitted May 24, 1937; decided June 2, 1937.

*Edward R. Hall* for motion.
*T. Cuthell Calderwood* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, and appeal dismissed, with costs.